■ HAROLD J. RUTH v. CHICAGO, ROCK ISLAND AND PACIFIC RAILROAD COMPANY.—Motion for leave to appeal to the Court of Appeals granted. Settle order. Concur—Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ HARRY GRAY v. F & R TRUCKING CO. INC., et al.—Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur—Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ RICHARD AUSTIN et al., v. BOARD OF HIGHER EDUCATION OF THE CITY OF NEW YORK.—Motion for leave to appeal to the Court of Appeals granted. Settle order. Concur—Botein, P. J., Breitel, M. M. Frank, McNally and Stevens, JJ.

■ SOUTH RIDGE CORPORATION v. AMSINCK SONNE CORPORATION.—Motion for leave to reargue or for leave to appeal to the Court of Appeals and for an extension of time to reply to the counterclaims contained in the answer of the defendant-respondent granted insofar as to extend the plaintiff-appellant's time to reply to the counterclaims contained in the answer of defendant-respondent Amsinck Sonne Corporation until 10 days after the entry of this order, and is denied, with $10 costs, insofar as it seeks leave to reargue the appeal, or, in the alternative, for leave to appeal to the Court of Appeals. Concur—Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ CARMELA CALI et al., v. VOLUNTEERS OF AMERICA.—Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur—Botein, P. J., Breitel, Rabin, M. M. Frank and McNally, JJ.

■ GUSSIE SIMON v. EMPIRE MUTUAL INSURANCE COMPANY.—Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur—Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ SAM LANDIS v. SAM GOODY.—Motion for leave to reargue denied, with $10 costs. Concur—Botein, P. J., Breitel, Rabin, M. M. Frank and Stevens, JJ.

■ ANNE DELAMER, as Administratrix of the Estate of BERNARD DELAMER, Deceased, v. CITY OF NEW YORK.—Motion for reargument granted, and upon such reargument the original decision modified so as to provide that the affirmance herein is without prejudice to a new motion for the examination at Special Term, upon papers containing an adequate explanation for the delay. Settle order. Concur—Botein, P. J., Breitel, Rabin, M. M. Frank and McNally, JJ.

■ 4370 PARK AVENUE CORP. v. HUNTER PAPER CO. INC.—Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur—Botein, P. J., Breitel, Rabin, M. M. Frank and McNally, JJ.

■

(July 3, 1958)

■ In the Matter of HADASSAH R. SHAPIRO, an Attorney.—Respondent disbarred. No opinion. Concur—Botein, P. J., Breitel, Rabin, M. M. Frank and McNally, JJ.

■ In the Matter of RUBIN L. SIEGEL (also known as R. LAWRENCE SIEGEL), an Attorney.—Respondent disbarred. No opinion. Concur—Botein, P. J., Breitel, Rabin, M. M. Frank and McNally, JJ.

■ SAINT NICHOLAS CATHEDRAL OF THE RUSSIAN ORTHODOX CHURCH OF NORTH AMERICA, Appellant, v. WASSIL A. KRESHIK, as Dean of Saint Nicholas Cathedral, et al., Respondents.—Judgment and order unanimously affirmed, with costs to the respondents. No opinion. Concur—Rabin, J. P., M. M. Frank, McNally, Stevens and Bastow, JJ. [9 Misc 2d 1069.]